UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-po-00289-CKD |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS |
| | ) | |
| v. | ) | |
| | ) | DATE: September 20, 2018 |
| EDWARD JOHNSON, JR., | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-po-00289-CKD, relating to Violation Number 7481280/CA52, without prejudice is GRANTED.

IT IS SO ORDERED.

Dated: August 19, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE